# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 9, 2026

The Honorable Kim P. Berg
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:    *United States v. Larry Baker*, 25 MJ 1823(KPB)

Dear Honorable Judge Berg:

I am writing to provide proof of Mr. Baker's completion of treatment as required under the terms of the deferred prosecution agreement. I also ask that Mr. Baker not be required to appear tomorrow or, if Your Honor wishes him to appear, that he be permitted to appear by phone.

The parties agreed to an eight-month deferred prosecution contingent on Mr. Baker undergoing substance abuse treatment and providing proof of treatment, and as long as he had no new arrests. Mr. Baker had previously participated in a substance abuse treatment program at Montrose and has also participated in the Newburgh Veterans Treatment Court. I am attaching to this letter the various certificates of completion that he has received from participating in those programs.

It is my understanding that he has had no additional contact with law enforcement. Therefore, I ask that his case be dismissed tomorrow and that his appearance be excused or that he be permitted to appear by phone.

Thank you for your time and consideration.

**Request granted.** Mr. Baker is permitted to appear by telephone. The Court will send a separate email to defense counsel with the dial-in number and instructs Ms. Quinn to forward the number to Mr. Baker for tomorrow's conference. SO ORDERED.

Dated: April 9, 2026
    White Plains, NY    Kim P. Berg, U.S.M.J.

Sincerely,

Elizabeth K. Quinn
Assistant Federal Defender
Counsel for Larry Baker

cc:    Kunga Drongchewa, CPT, JA
       Ben Gold, Esq.

# Certificate of Completion

## Is Hereby Awarded to

### LARRY BAKER



FOR SUCCESSFULLY COMPLETING THE SUBSTANCE ABUSE TREATMENT PROGRAM

RESIDENTIAL SECTION

VA HUDSON VALLEY HEALTH CARE SYSTEM-FDR MONTROSE, CAMPUS

| Given This | 31st | Day of | July | 2024 |
|---|---|---|---|---|

Michael Vitro, PhD
Treatment Coordinator

Case 7:25-mj-01823-KRB Document 11 Filed 04/09/26 Page 3 of 8

# Orange County Executive

## Certificate of Recognition

Presented to

### Larry Baker

February 11, 2026

Congratulations on your graduation from the
Newburgh City Veterans Treatment Court Program



Steven M. Neuhaus, County Executive

**VA Hudson Valley Health Care System**

presents this

# Certificate of Completion

to

## Larry B. Baker

Congratulations for successfully completing the

Veteran's Justice Program.

"To care for him who shall have borne the battle and for his widow and his orphan"

~Abraham Lincoln~

Presented on 02-21-2026

**KARETHA HENRY** Digitally signed by KARETHA HENRY
Date: 2026.02.10 14:05:12 -05'00'

## Orange County District Attorney's Office

*Certificate of Congratulations*

*presented to*

# Larry Baker

*For Graduating from*

*The City of Newburgh Veterans Treatment Court*



_____
DAVID M. HOOVER
District Attorney





### Orange County Department of Mental Health

Congratulates

## LARRY BAKER

*For Successfully Completing The City of Newburgh Veterans Treatment Court Program*

*February 11, 2020*







## New York State Assembly
## Certificate of Merit

The Assembly of the State of New York in recognition of the achievement of

### *Larry Baker*

City of Newburgh's Veterans Treatment Court Graduate

Your commitment and dedication offer a shining example to so many

*hereby presents this Certificate of Merit*

February 11, 2026

Jonathan G. Jacobson
Member of Assembly
104th District