UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------

UNITED STATES OF AMERICA,

Plaintiff,

-against-

Larry B. Baker,

Defendant.

-------------------------------------------------------------

Case No.: 25 MI 1823 (KPB)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

Hon. Kim P. Berg,
United States Magistrate Judge

Dated: 10th day of April, 2026
White Plains, New York